**Fourth Court of Appeals**
San Antonio, Texas


March 26, 2014

No. 04-13-00725-CV

David Allan **EDWARDS**,
Appellant

v.

**COUNTY OF ATASCOSA**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA-A
Honorable Thomas F. Lee, Judge Presiding

# O R D E R

Appellant David Allan Edwards, an inmate acting pro se and claiming indigence, filed a notice of appeal in the trial court on October 16, 2013. We ordered Appellant to file (1) a separate affidavit listing the previous pro se actions he has brought and (2) a certified copy of his inmate trust account statement. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 14.004 (West Supp. 2013). On January 8, 2014, Appellant filed his response that satisfied our December 31, 2013 order.

Appellant asserts he cannot pay the costs of this appeal. We abated this appeal for the trial court to determine (1) whether Appellant is indigent, *see* TEX. R. APP. P. 20.1; *Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684, 688 (Tex. 2008), and if so, (2) whether Appellant's appeal is frivolous, *see* TEX. CIV. PRAC. & REM. CODE ANN. § 14.003 (West 2002).

On March 10, 2014, the trial court filed a supplemental clerk's record. It contained, inter alia, Appellee's motion and supporting brief for a determination that Appellant's appeal is frivolous, and the trial court's determination that Appellant's appeal is frivolous.

On March 20, 2014, Appellant filed an objection to Appellee's motion for determination that Appellant's appeal was frivolous, but asserted the trial court has not provided him with copies of any filings or motions. We DIRECT the clerk of this court to send Appellant a printed copy of the supplemental clerk's record at no cost to Appellant, and to note the date the copy is mailed to Appellant in this court's records and in the cover letter accompanying the supplemental record.

If Appellant wishes to respond to the trial court's determination that his appeal is frivolous, Appellant must submit his response **on frivolousness only** in writing to this court within TWENTY DAYS of the date this court mailed the supplemental clerk's record to Appellant.

If Appellee wishes to reply to Appellant's response, Appellee must submit its written reply **on frivolousness only** within TWENTY DAYS of the date Appellant files his response.

After the court receives any timely response or reply, this court will determine whether Appellant's claims are frivolous. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 14.003(b). If this court determines the appeal is frivolous, we will dismiss the appeal. *See id.* § 14.003(a). Otherwise, the appeal will proceed.

All other appellate deadlines remain SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2014.

Keith E. Hottle
Clerk of Court